UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINTEL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FROYOWORLD ALLSTON, form unknown, et al., <br><br> Defendants. | Case No. 2:16-cv-03091 BRO (JCx) <br><br> DEFAULT JUDGMENT AGAINST DEFENDANT FROYO AP, LLC <br><br> Hon. Beverly Reid O'Connell |

    This action having been commenced on May 4, 2016 with the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been validly served on Defendant Froyo AP, LLC ("Defendant") on October 6, 2016. *See* ECF No. 36), and Defendant not having answered the Complaint, and the time for answering the Complaint having expired;

    It is ORDERED, ADJUDGED AND DECREED: that Plaintiff Sintel Systems, Inc. have judgment against Defendant, finding that Defendant has:

1. engaged in actions constituting Breach of Contract under California common law;

2. engaged in actions constituting Misappropriation of Trade Secrets under the California Trade Secrets Act ("CUTSA"), Cal. Civ. Code § 3426.1;

3. engaged in actions constituting Unfair Competition under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200;

4. engaged in actions constituting Conversion under California common law;

5. engaged in actions constituting Unjust Enrichment under California common law; and

6. engaged in actions constituting Trespass to Chattels under California common law.

It is further ORDERED, ADJUDGED AND DECREED that Defendant shall pay to Plaintiff the amount of $22,473.04, consisting of $19,734 in damages and $2,739.04 in attorneys' fees and costs, jointly and severally with co-defendants.

IT IS SO ORDERED.

DATED: March 22, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge